O'CONNOR *et al. v.* EDMONDS *et al.*

HEAD, Justice. 1. "A plaintiff in ejectment must recover on the strength of his own title, and not on the weakness of the defendant's title." Code, § 33-101; *Fullbright* v. *Neely,* 131 *Ga.* 342, 344 (62 S. E. 188); *Barfield* v. *Birrick,* 151 *Ga.* 618 (108 S. E. 43); *Blalock* v. *Bell,* 172 *Ga.* 313 (157 S. E. 696); *Nelson* v. *Brown,* 174 *Ga.* 150 (162 S. E. 276); *Tapley* v. *Claxton,* 195 *Ga.* 61 (23 S. E. 2d, 426).

2. The plaintiffs' claim of title in this case can not be sustained, since the allegations of the petition and the plaintiffs' evidence fall squarely within the rulings made in *Williams* v. *O'Connor,* ante. The defendants'

claim of title was supported by some evidence, and the court did not err in directing a verdict for the defendants.

*Judgment affirmed. All the Justices concur.*

No. 17390. ARGUED FEBRUARY 12, 1951—DECIDED APRIL 9, 1951—REHEARING DENIED MAY 16, 1951.

*Clement E. Sutton,* for plaintiffs.

*L. C. Groves* and *Earle Norman,* for defendants.